UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-CR-80034-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTONIO BEVERLY,

    Defendant.
_____/

FILED by ✔ D.C.

DEC 0 2 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SWORN AFFIDAVIT OF ANTONIO BEVERLY

STATE OF FLORIDA     )
COUNTY OF PALM BEACH  )

    I, ANTONIO BEVERLY, hereby declare under penalty of perjury, the following:

    1.    That I, Antonio Beverly, previously prepared and signed under oath two (2) documents entitled "Declaration of Antonio Beverly", each dated August 29, 2013. Both of these Affidavits were forwarded via U.S. mail to the Honorable Kenneth A. Marra.

    2.    That the statements contained in my two (2) prior Affidavits dated August 29, 2013, which sought to exculpate my wife and my brother, have no basis in fact and are clearly contrary to the evidence in this case as I have seen through the Government's Discovery Responses.

    3.    That my submission of the prior Affidavits was an ill advised decision made by me in an attempt to try to help my wife and brother. I hereby fully recant and withdraw the statements in my prior Affidavits concerning my wife and brother.

_____
ANTONIO BEVERLY

Sworn to and subscribed before me this 30th day of October, 2013.

_____
Notary Public State of Florida

Personally known ✔ or produced identification ____
Type of Identification produced _____

ARTHUR ROSENAUER
MY COMMISSION # EE 006779
EXPIRES: August 10, 2014
Bonded Thru Budget Notary Services