UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80034-CR-Marra/Matthewman

UNITED STATES OF AMERICA

v.

ANTONIO MARKEITH BEVERLY,
    a/k/a "Tony,"

          Defendant.

_____/



FILED by ___ D.C.

DEC 0 2 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## *FACTUAL BASIS FOR CHANGE OF PLEA*

In November 2011, law enforcement initiated an investigation into a drug trafficking organization that operated in and around 1213 South C Terrace, Lake Worth, Southern District of Florida. George Bivins, the head of this organization, was a prolific crack cocaine dealer, who was capable of distributing a kilogram of crack cocaine in as few as two days.

Based upon various investigative techniques, including controlled purchases of crack cocaine from Bivins, and the use of a pole camera near 1213 South C. Terrace, on May 29, 2012, United States District Court Judge Donald M. Middlebrooks signed an order (Misc. No. 12-WT-80004) authorizing the interception of wire and electronic communications on telephone number (786) 318-4829, utilized by George Bivins. This was the first of multiple orders authorizing interceptions on the telephones utilized by Bivins, Antonio Beverly and Daniel Torrez. Interceptions began in May and continued through October 2012.

As a result of the interceptions, agents learned the following: George Bivins was a large scale crack cocaine dealer who cooked cocaine hydrochloride into crack cocaine. In fact, Bivins was known for his cooking prowess. He customized crack cocaine orders for his customers. Bivins' main source of supply was co-defendant Antonio Beverly. Beverly supplied Bivins with over 5 kilograms of cocaine hydrochloride, all of which Beverly knew would be converted into crack cocaine. Beverly's main source of supply was Daniel Torrez, who lived in Tucson, Arizona. At times, Beverly traveled to Tucson to pick up the cocaine hydrochloride from Torrez, while at other times, Torrez mailed the cocaine hydrochloride to Beverly. Some of these shipments were eventually intercepted by law enforcement, although phone calls made clear that Torrez successfully mailed to Beverly several packages of cocaine hydrochloride which were not intercepted by law enforcement. In return for the cocaine, Beverly deposited money into bank accounts designated by Torrez. These deposits continued through at least December 2012.

As noted, Antonio Beverly obtained cocaine hydrochloride from Daniel Torrez, and from other sources, including Ernest Holiday.   Beverly converted some of the cocaine hydrochloride into crack cocaine and distributed the crack cocaine to customers.   These customers then re-distributed the crack cocaine to their own customers. Beverly also distributed over 5 kilograms of cocaine hydrochloride to George Bivins, knowing that Bivins would convert all of the cocaine hydrochloride into crack cocaine. Beverly was an organizer and leader within this extensive conspiracy.   He directed the actions of several individuals, including Dominic Lamare, Jerrick Bartee, and Theresa Razz.   Antonio Beverly also possessed multiple firearms during the course of this conspiracy. There are over 800 pertinent intercepted communications involving Antonio Beverly. These communications are indicative of Beverly's knowing participation in this large-scale crack cocaine and cocaine hydrochloride conspiracy.   The following is a representative sample of these intercepted communications:

On June 4, 2012, at approximately 10:00 p.m., George Bivins received an incoming call from source of supply Antonio Beverly.   This call was approximately 26 minutes long, and what follows is a synopsis of the call.   Beverly told Bivins that he had been looking for him, but couldn't get in touch with him.   Bivins told Beverly that it was "fucked" up around there lately.   Beverly told Bivins that it ain't been like that for a minute so they were due for it.   Beverly told Bivins that he would be going out of town for one day, and when he got back, everybody would be back around.   Beverly went on to discuss a previous transaction that took place wherein Beverly had picked up "one" for Bivins' cousin.   Beverly said that he had never opened "it" because he didn't have a cutter, and didn't need to open "it" because Beverly knew who "it" was going to.   Bivins and Beverly discussed the fact that Bivins lived close to where he had to go to pick "it" up.   Beverly told Bivins that he (the cousin) was probably upset because he didn't make anything, and commented that he (Beverly) told the cousin it was 33.   Agents believe that Beverly was talking about $33,000 being the price paid for a kilo, which Beverly picked up for Bivins' cousin, who in turn sold it to Bivins.   Beverly discussed making money for picking it up and told Bivins that he (Beverly) told his wife (Theresa Razz) to get him "32" because somebody had just called him and he needed her to get the car.   Beverly told Bivins that he had his wife drive him where he had to go to pick "it" up because he didn't want to drive his truck.   Beverly picked "it" up and his wife then dropped him off at his truck and he (Beverly) then dropped "it" off.   Bivins explained that he was upset because that was his blood cousin and he loved him but he was handled like a "step child".   Beverly explained to Bivins that it was 33 because he told the cousin that he wasn't going to do it if he couldn't make a "dent".   Beverly also told Bivins that he delivered "it" to "the shop".   Beverly asked the cousin if he wanted to check it and said that sometimes they are 10 under and sometimes 10 over.   Bivins went on to tell Beverly that when he got it from the cousin, it came in two separate packages, one was beautiful, but Bivins was skeptical of the second one.   Beverly told Bivins that the only way "it" would be broken is, "When you're opening it, you got to break it to get it out."   Bivins and Beverly further discussed this particular deal and Beverly told Bivins that he (Beverly) vacuum sealed, referring to how he packaged cocaine.   Beverly told Bivins that he was getting ready to buy a house at that moment, and then the two continued to discuss the problems with the previous deal.   Beverly told Bivins that he was at "27" a month ago, and continued by saying that "it's" way up there right now.   Agents believe Beverly was talking about the price of a kilo.   Beverly told Bivins that his "boy" went out of town and was now on the west coast and he (Beverly) was going to visit him.   Beverly continued by saying that his guy got "it" in like a 5 or 10 type of thing and that might be in one week so Beverly

2

tried to suck up as much of that as he could. Beverly told Bivins that he (Beverly) was taking his brother with him to fly over, all expenses paid, to meet with his guy, and would only be gone for a short period of time. Beverly told Bivins that "it's" probably dirt cheap over there. Beverly encouraged Bivins to build up his "cushion". Agents believe Beverly was referring to profits made when he said "cushion". Bivins told Beverly that he was just going to relax until Beverly got back. This call was long and several things were discussed; however, the above is a synopsis of the pertinent topics of conversation.

On June 6, 2012, there was a series of text messages between George Bivins and Antonio Beverly. At approximately 10:40 a.m., Bivins placed an outgoing text message which read, "Im goin 2 grab another 1 tex u da number." Seconds later, Bivins received an incoming text message from Beverly which read, "K um still out the way." Agents believe that Bivins was referring to getting another cellular telephone which he would only use to contact Beverly. Agents also believe that Beverly's response was in regard to him still being on the west coast. At approximately 9:44 p.m., Bivins placed an outgoing text message which read, "Let me know wen it's a go bro." At approximately 11:40 p.m., Bivins received an incoming text message from Beverly which read, "Lookin like satur 4 sho um gne b bak Friday." Agents believe Beverly was referring to when the cocaine shipment would be in.

On June 10, 2012, agents intercepted a series of incoming and outgoing text messages either from or to Antonio Beverly. The first message was outgoing at 9:13 a.m., and read, "did it come threw." The response came at 11:46 a.m., "Not gne play um gne get at lunch 2mor whole for 34 the number r up. Can u do 345." Agents believe that Beverly was referring to the price of a kilo being $34,500. At 11:49 a.m., Bivins responded, "No choice rite now." This was followed by an incoming text message at 11:50 a.m., reading, "Umma hit u at lunch time for sure." At 11:51 a.m., Bivins sent outgoing text message, "Aite," and moments after, received a response text message, "4sho." This message was resent approximately one minute later, and at 11:54 a.m., Bivins again replied, "Aite." At 5:34 p.m., Bivins received an incoming call from Beverly. In this call, Beverly told Bivins that he was in Dade but would go get "it" in the morning. Beverly told Bivins that he saved him "a dollar" and Bivins told Beverly that would work. Beverly told Bivins that he was arguing for him, and went on to tell Bivins that his guy was ready today, but Beverly was expecting it to be ready tomorrow so he (Beverly) would go get "it" tomorrow morning.

On July 12, 2012, Bivins sent a text message to Antonio Beverly. Bivins texted, "R we gonna b gud?" Beverly replied with a text reading, "Just waitin to go get he say he got." Bivins replied, "Can u go all the way?" Agents believe Bivins asked Beverly if he could sell a whole kilo. Beverly replied, "He say yea," and Bivins acknowledged with a text. Later, Bivins texted Beverly, "Any idea wat tyme bro," and after receiving no response from Beverly, Bivins texted, "How we lookn bro." Beverly responded, "Still waitin," and Bivins acknowledged with a text. At approximately 7:50 p.m., Bivins texted Beverly, "U think its gonna happen 2day," and Beverly replied with a text reading, "Um hopin been waitin all day." Bivins acknowledged and after not hearing from Beverly, Bivins again texted him, "Did it ever cum thru?" Beverly texted, "Nope he say 2mor afternoon." Bivins replied, "Aite need u bad bro," and Beverly responded, "Um tryin."

On August 11, 2012, Bivins sent a text message to Beverly reading, "Is it str8 for me 2 head bak," and Beverly replied with a text reading, "Give me hour let me go c how much he got he say we alil short." Bivins acknowledged with a text. At 1:43 p.m., Beverly texted Bivins, "Halfway". Bivins then called Beverly and Beverly told Bivins, "Yeah, that's where he at, I'm over here right now." Bivins acknowledged. Beverly told Bivins that on Monday "he" could do the rest because everything was not there yet. Agents believe that Beverly had a half kilogram of cocaine for Bivins and told Bivins that an unknown source of supply had not received all of the cocaine yet. Bivins asked Beverly if he knew where Bivins' parents lived, and used the term "the gate" to describe Westgate, which is the neighborhood in which Bivins' parents lived. Bivins explained that when Beverly was ready, Bivins would call his brother Lavaris Bivins, who would go to the house in Westgate, to meet Beverly. Beverly agreed and Bivins explained that he was going to come back to meet Beverly, as Bivins was in Orlando for the week, but he (Bivins) decided to have his brother (Lavaris Bivins) meet Beverly instead. Beverly explained that Bivins should have just brought "it" to Beverly and Beverly would have grabbed "it" for Bivins. Agents believe that Beverly told Bivins that Bivins should have just given Beverly the money and he (Beverly) would have used it to pick up the cocaine. The remainder of the conversation confirmed that Beverly would pick up the cocaine and hold it for Bivins, and confirmed that Beverly would meet with Lavaris Bivins in the Westgate area to deliver the cocaine.

On August 31, 2012, Beverly called co-defendant Demetrice Jones and stated that it was going to be a "bad weekend." Jones complained that it was "bad already" because it was "slow motion anyway." Beverly asked Jones what his (Jones') customers "were crying about?" Jones complained that "everybody saying slow motion so they, they calling to see." Jones informed Beverly that Jones' customers were complaining that the cocaine hydrochloride was taking too long to convert to crack cocaine. Beverly responded, "Yeah, but that comes from not hitting it long enough." Beverly continued, "I didn't think you had no problems cause you ain't call me back. I said, well shit, his probably was the only one that was different. I told my brother (Jerrick Bartee) that shit." Jones responded, "Hell naw. Him, another. I done had about three people." Beverly replied, "Yeah, but just tell them when they do it, just hit it longer." Further in this conversation, Jones spoke about acquiring a kilogram of cocaine from an alternative source of supply. Jones said to Beverly, "I'm still, I think I'm right at the thirty-four ($34,000 for a kilogram of cocaine)." Beverly said, "Damn." Jones continued, "On the thirty-four, it wasn't nothing but the uh . . . the little extra. Like I said, everybody, everybody around thirty-five ($35,000 for a kilogram of cocaine)." Jones said, "If this guy was to come through, snatch one, straight out the nine (9 ounces of cocaine) and see how they gonna roll to the club and then come back and get the whole one, bro."

Also on August 31, 2012, Jones called Beverly looking for Beverly's brother (co-defendant Jerrick Bartee). Jones asked, "you brother and them on this end?" Beverly responded, "I don't know where they at. Ain't no telling where they at." Jones asked, "They tripping?" Jones wanted to know if Bartee had a supply of cocaine for sale. Jones explained, "I'm trying to help one of my partners right quick. One of my little peoples." Beverly explained that Bartee no longer "lived in the hood," and now lived in "Briar Bay on Okeechobee and Jog." Beverly said he would call Bartee on Jones' behalf.

Beverly then called Jerrick Bartee's phone and Kenneth Marion (Beverly's cousin) answered. Marion and Jerrick Bartee lived together and distributed large amounts of crack cocaine and cocaine hydrochloride from their residence, a stash house utilized by Antonio Beverly. Beverly said to Marion, "Black (Demetrice Jones) says he needs you. When you can help him?" Marion asked what Jones was trying to do? Beverly then initiated a three-way call with Jones and Marion. Marion asked Jones, "Hey Black, how many you trying to do?' Jones said, 'he got like two dollars." Marion asked, "You say he got two dollars for me, so he need four (4 ounces of cocaine hydrochloride)?" Jones affirmed. Marion asked Jones if Jones wanted to wait until the morning. Jones said, "Naw, he want, he's trying to get with you now. He's butt naked." Jones stated that Jones' customer needed the cocaine at that moment because the customer was out of cocaine. Thereafter, Beverly provided directions to Jones on how to get to the residence that Bartee and Marion shared in Briar Bay complex.

Later on August 31, 2012, Beverly called Bartee and asked Bartee if Bartee was "gonna be at the spot in a little bit?" Bartee affirmed. Beverly explained that "big boy say he might want to, he might look to shoot back up there in a little bit, but he's saying like an hour or something." Bartee acknowledged. Beverly continued, "I was just seeing if anybody gonna be there . . . either way he wants, do this, the shit that's left, do them all in like singles. So that way if somebody there, he can just tell them..." Bartee agreed. In this call, Beverly made sure that Bartee was going to be at the "spot" (Bartee's residence and Beverly's main drug distribution location) so that Bartee could sell single ounces of cocaine to "big boy".

In a follow up call, Beverly called Bartee to tell Bartee that another drug buyer was also on his way to the drug distribution location. Beverly stated, " [he] said he want to grab three (3). But bitch had fifteen, but don't say the number in front of his home boy." Bartee warned, "it ain't gonna be nothing but a single left." Beverly responded that he would tell the drug buyer that he (Beverly) only had one left. Beverly continued, "yeah, it's straight. He gonna give you (Bartee) fifteen. Make sure you count it, but you don't, don't say nothing in front of his dog...cause he's making a thing off of it too." In this call, Beverly told Bartee that Beverly was directing an additional drug buyer to the house, and that Beverly wanted Bartee to sell the buyer the last ounce of cocaine.

Intercepted calls also made clear that Bartee and Beverly purchased cocaine from their Arizona source of supply, Daniel Torrez. On August 31, 2012, Beverly called Bartee. Beverly said that he (Beverly) received a call from Torrez, and that Torrez complained that the money mailed to Torrez from Beverly and Bartee was $500 short. Bartee assured Beverly that the money was right. Beverly then initiated a three-way call including Bartee and Torrez. When Torrez answered the phone, Beverly stated, "Yo, I got him (Bartee) on, he said it was right." Beverly then asked Torrez to count the money again. Torrez repeated that the money was $500 short. This call demonstrates that Bartee pooled his money with Beverly in order to buy his (Bartee's) own share of cocaine hydrochloride from Torrez.

On September 1, 2012, co-defendant Daniel Torrez called Beverly to discuss a package that went to New York. He said that a second package was showing Bellevue, Washington. Torrez advised that he had a girl who would open the box and put the contents into a new box. The two then discussed a

5

shipment of money that Beverly had mailed to Torrez. Torrez complained that the money was short. Beverly said that he (Beverly) knew who was responsible.

Following up on this call, Beverly spoke to Holiday. Beverly informed Holiday that Holiday's "stack" was short. Beverly explained that Torrez received the cash for the cocaine and then called Beverly to complain that one stack of cash was short. Beverly called Holiday to relay Torrez's complaint. When Holiday denied that Holiday's stack was short, Beverly initiated a 3-way call with Torrez. Beverly asked Torrez to confirm that the "big one, the big stack" was short, and only contained "eighty-five" ($8500) instead of "ten" ($10,000). Torrez confirmed that the "big stack" was short. Torrez described it as "one big, one big rubber band, wrapped up all together, it wasn't broken down, it was just one big, it was big chunk all wrapped in two rubber bands and that was it." This call demonstrates that Holiday was pooling his money with Beverly in order to purchase kilogram quantities of cocaine from Torrez.

Beverly then hung up the 3-way call and called Holiday again. Beverly asked Holiday about the shortage. Holiday said, "shit you know on, on the big one like that, you know how I do them, like I don't even have no ones ($1.00) in the big... I only have (U/I)." Beverly said that he (Beverly) did not check the money before he (Beverly) mailed it to Torrez. Beverly said, "So I ain't even bother to even looking at it ... but it wasn't no point because last time, you know, last few times that I checked it, always that's the way it be... Normally I check it, cause it always usually different and there don't never be no problems so that's why I never say nothing. But either way I'm waiting on him to call me back and tell me when he gonna, uh, do something which probably go out Tuesday so it be either Thursday or Friday... and I told him the problem that we having (with the cocaine cooking slowly into crack cocaine) so he said he will make sure." This call demonstrates, again, that Beverly and Holiday mailed money to Torrez on several prior occasions in exchange for kilogram packages of cocaine. This call also demonstrates that Beverly and Holiday expected to receive another kilogram package of cocaine from Torrez in the coming days.

Later on September 1, 2012, Torrez called Beverly and informed Beverly that Torrez's source of supply had "four (4) or five (5) left" and inquired whether Beverly wanted to get two (2). Beverly told Torrez to get the two (2). Subsequently, Torrez sent a text message with the tracking numbers for these 2 packages. Agents located the packages and obtained search warrants. The packages mailed from Torrez to Beverly were found to contain 2 kilograms of cocaine hydrochloride.

On September 4, 2012, Beverly called Jones. Beverly instructed Jones to "get your checks straight." Beverly explained, "I'm just telling you cause I don't want you to say, 'damn man what's up.' Now you know cause I make everybody come correct with checks. I don't, I don't put checks out there like that. You know I'm just keeping it real with you, unless it's my brother with the dreads (Jerrick Bartee). Cause my other brother Marcus (Marcus Frazier), he likes to 'I'll be right back.' I ain't going through that. Have the check there when I get there, make sure you let them know." In this call, Beverly instructed Jones to have the payment for the cocaine ready and waiting as Beverly was expecting a new shipment from Daniel Torrez. Beverly also indicated that it had been four or five months since they'd had any "clouds" (problems with shipments of cocaine from Torrez). Beverly continued, "Yeah, so we straight. He say Thursday he got us." Jones agreed.

6

On September 5, 2012, Beverly initiated a 3-way call with Jones and Bartee.  Beverly told Jones that his brother (Bartee) wanted to holler at him (Jones).  Jones said, "he might be too late." Bartee responded, "No!"  Jones continued, "You might be too late cause y'all was supposed to call me this morning."  Bartee asked Jones, "You can do a bike for me?  Can I ride the bike?"  Jones responded, "I'm telling you I think it's over.  Let me call and I'll hit you back."  In this call, Bartee asked Jones for an unspecified amount of cocaine.  Bartee not only sold crack cocaine and cocaine hydrochloride on Beverly's behalf, but also sold crack cocaine and cocaine hydrochloride on his own (Bartee's) behalf.

On September 6, 2012, after agents seized the 2 kilograms, Torrez and Beverly discussed changing carriers and using FedEx instead.

On September 10, 2012, Beverly texted Torrez a message reading, "can you get me the half so I can have something while we waiting?"  Torrez responded, let me make a call.  Torrez then agreed to mail Beverly a half kilogram of cocaine.  On September 14, 2012, this package was intercepted by agents and found to contain a half kilogram (500 grams) of cocaine hydrochloride.

On September 11, 2012, Beverly called Jones and said, "I'm gonna have a thirty-four ($34,000 for 1 kilogram of cocaine) for you . . . in a little bit.  Probably in like the next hour."  On this occasion, Beverly sold Jones a kilogram of cocaine hydrochloride, which Jones then redistributed to his own customer base.  Jones knew that Jones' customers would convert the cocaine hydrochloride into cocaine base, commonly known as crack cocaine.

On September 17, 2012, Beverly spoke to co-defendant Richard Mercy.  During this conversation, Beverly told Mercy that he (Beverly) kept his money in a safe deposit box, and that he (Beverly) told Razz to go to the bank and get "it" (the money), but that Razz went to the salon instead. Razz kept Beverly's drug money in the safe deposit box to which only Razz had access.  As a result, Beverly told Mercy that Beverly needed Mercy to front him (Beverly) the money to buy a kilogram of cocaine.  Based on surveillance and subsequent intercepted communications, agents know that Beverly did in fact purchase a kilogram of cocaine that day.

On September 25, 2012, intercepted communications revealed that Torrez mailed 9 ounces of cocaine to Beverly.  On October 1, 2012, this package was intercepted by agents and found to contain 9 ounces of cocaine.

Bank records show that up through and including December 2012, Beverly continued to deposit money into bank accounts designated by Torrez, in exchange for kilograms of cocaine hydrochloride.

On February 20, 2013, a search warrant was executed at the home shared by Razz, Beverly, and their children.  Agents found 176 grams of cocaine, a kilogram press, scales, razor blades, cutting agents, and cooking pots (containing cocaine residue) in the kitchen.  Agents also found two stashes of cash, one containing $1,123 and the other containing $6,107.  It should also be noted that during the search of the residence, agents located 18 different cell phones.  Agents knew that Beverly

dropped his cell phone very often.

After his arrest in this case, agents monitored Antonio Beverly's phone calls made from the jail.   Beverly spoke to third parties about Jerrick Bartee's fugitive status and Bartee's whereabouts during the months following the February 2013 roundup.   These phone calls between Beverly and third parties clearly indicated that Jerrick Bartee knew he was wanted by police in connection with the instant Indictment, and Bartee continued to try to conceal his location so that he (Bartee) would not be arrested.

Antonio Beverly acknowledges that the statements contained in his affidavits dated August 29, 2013 and forwarded to U.S. District Court Judge Kenneth A. Marra, which claimed that Jerrick Bartee and Theresa Razz were not members of this massive drug conspiracy, have no basis in fact and are contrary to the evidence.   In fact, Bartee and Razz were active members of this conspiracy, and each was responsible for conspiring to distribute over 5 kilograms of cocaine hydrochloride.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 12/2/13

By: _____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

Date: 12/2/13

By: _____
MICHAEL ENTIN
ATTORNEY FOR DEFENDANT

Date: 12/3/13

By: _____
ANTONIO BEVERLY
DEFENDAN