UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80034-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERIC LENARD WILLIAMS,
JERRICK DAVID BARTEE,
ANTONIO BEVERLY,
FRANK DAVIS MOORE, JR.,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendants Eric Williams and Jerrick Bartee's Motion to Suppress [DE 708], Defendant Jerrick Bartee's Motion to Suppress Intercepted Wire Communications, Its Derivative and Request for Franks Hearing [DE 721] and Defendant Frank Moore's Motion to Suppress Wiretap Evidence [DE 722]. On December 6, 2013, the Magistrate Judge issued a Report and Recommendation [DE 807]. After a *de novo* review of the Defendant's Motion, the Government's Response, the Magistrate Judge's order and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED AND AFFIRMED.** Defendants Motions to Suppress are **DENIED**. Defendant Eric Williams' appeal to the District Court and Petition for De Novo Review of the Magistrate's Report and Recommendation denying Defendant's Motion to Suppress Wiretap

Evidence is overruled. Defendant Eric Williams Motion to Adopt Co-Defendant's Motions [DE 723] is **GRANTED**.   Defendant Antonio Beverly's Motions to Adopt Motions to Suppress [DE 719, 725, 727] are **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 2nd day of January, 2014.

_____
KENNETH A.  MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William Matthewman
All counsel