UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-CR-80034-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTONIO BEVERLY,

    Defendant.
_____/

**MOTION TO WITHDRAW
AS CJA ATTORNEY OF RECORD**

COMES NOW, the undersigned attorney, MICHAEL J. ENTIN, and respectfully moves this Honorable Court to allow him to withdraw as CJA counsel in the above referenced matter, and as grounds would state unto this Court the following:

1. On September 26, 2013, the undersigned was appointed as counsel pursuant to the Criminal Justice Act by the Honorable United States Magistrate William Matthewman.

2. Subsequent thereto, a Plea Agreement was executed by the Defendant, the undersigned, and Assistant United States Attorneys on behalf of the Government. A Change of Plea Hearing was conducted on December 2, 2013, before the Honorable United States Magistrate William Matthewman. The Change of Plea of the Defendant and Plea Agreement were ratified by the Honorable Kenneth Marra, United States District Court Judge (a copy of the Plea Agreement has been attached hereto and incorporated as Exhibit "1" of this Motion).

3. The executed Plea Agreement provides for numerous jointly recommended guideline calculations which are outlined in paragraph 8 of Exhibit "1".

4. Paragraph 6 of the Plea Agreement jointly recommends that the Court sentence the Defendant below the guidelines to an agreed upon variance of 228 months in prison.

5. Paragraph 12 of the Plea Agreement specifically contains an appeal waiver subject to certain conditions which were not met in this case.

6. On March 21, 2014, the Defendant was sentenced by the Honorable Kenneth Marra. At that time the Court adopted all of the joint recommendations outlined in the Plea Agreement and determined that the advisory sentencing guideline range would be a Level 39, Criminal History Category I, with an imprisonment range of 262 to 327 months in prison.

7. The Court further agreed to enter a variance below the guideline range and sentenced the Defendant to the recommended variance of 228 months, which is a sentence below the guideline range and the exact sentence recommended in the Plea Agreement.

8. In spite of the Court adopting all of the recommendations jointly agreed upon, the Defendant has indicated a desire to appeal the sentence imposed in this matter.

9. Since the sentence is below the guidelines, and in accordance with all the recommendations outlined in the Plea Agreement, the undersigned does not believe the appeal is in good faith and cannot ethically or legally find any reason to pursue an appeal in this matter, especially since the Court adopted all of the recommendations outlined in the Agreement.

10. Nevertheless, to insure the Defendant's appellate rights and his desire to appeal the sentence, the undersigned has filed a Notice of Appeal which was entered with the Clerk on April 3, 2014 [DE 995].

WHEREFORE, the undersigned attorney, MICHAEL J. ENTIN, would respectfully move this Honorable Court to grant this Motion and allow him to withdraw as CJA appointed counsel in this matter.

I HEREBY CERTIFY that I electronically filed this Motion to Withdraw as Attorney of Record with the Clerk of the United States District Court using CM/ECF, on this  4th  day of April, 2014.

Respectfully submitted,

LAW OFFICES OF MICHAEL J. ENTIN, P.A.
Suite 925 - Wells Fargo Tower
One East Broward Boulevard
Fort Lauderdale, Florida 33301
Telephone: (954) 745-4900
Facsimile: (954) 522-7008
Florida Bar No. 270261

  /s/ Michael J. Entin
MICHAEL J. ENTIN, ESQ.