UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80034-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTONIO BEVERLY,

        Defendant.
                               /

## ORDER DENYING MOTION TO WITHDRAW

THIS CAUSE is before the Court upon Defense Counsel's Motion to Withdraw as CJA Attorney of Record **[DE 997]**. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED WITHOUT PREJUDICE to counsel for Defendant moving to withdraw and filing a brief with the Eleventh Circuit Court of Appeals pursuant to *Anders v. California,* 386 U.S. 738, 744 (1967)(Counsel's "role as an advocate requires that he support his client's appeal to the best of his ability. Of course, if counsel finds his case to be wholly frivolous, after a conscientious examination of it, he should so advise the court and request permission to withdraw. That request must, however, be accompanied by a brief referring to anything in the record that might arguably support the

appeal."); *United States v. Davila,* ___ F.3d ___, 2014 WL 1428018 *6 n.7 (April 15, 2014).

DONE and ORDERED in West Palm Beach, Florida, this 16th day of April, 2014.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel