UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80034-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTONIO BEVERLY,

        Defendant.
_____/

### ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

THIS CAUSE is before the Court upon Defendant's pro se Motion for Appointment of Counsel [DE 1057]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED. If the United States files a motion pursuant to Fed. R. Crim. P. 35, then Defendant may renew his motion.

DONE and ORDERED in West Palm Beach, Florida, this 12th day of May, 2014.

        KENNETH A. MARRA
        UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel