# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case Number: 13-80034-CR-MARRA |
| | ) |
| **ANTONIO MARKEITH BEVERLY,** | ) USM No: 02712-104 |
| | ) |
| | ) |
| **Date of Original Judgment: 3/21/14** | ) |
| **Date of Previous Amended Judgment:** | ) |
| *(Use Date of Last Amended Judgment if any)* | |

### Order Regarding Motion for Sentence Reduction
### Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the Defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS HEREBY ORDERED** that the Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)(2) [DE 1168] is **GRANTED**. Defendant's sentence shall be reduced to **216** months of imprisonment. All other terms and conditions of Defendant's sentence shall remain in effect. This reduction shall be effective on November 1, 2015.

**DONE and ORDERED** in West Palm Beach, Florida, this 8th day of December, 2014.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel